### 16761.　STALVEY v. THE STATE.

BLOODWORTH, J. The motion for a new trial contains the general grounds only. There is evidence to authorize the verdict, which is approved by the trial judge, and the judgment is

*Affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 11, 1925.

Accusation of possessing and selling liquor from city court of Douglas—Judge Crawley presiding. July 18, 1925.

*R. B. Chastain,* for plaintiff in error.

*J. A. Roberts, solicitor,* contra.

---

### 16777.　RUSHING v. THE STATE.

LUKE, J. The evidence in this case amply authorized the conviction. The conviction not being wholly dependent upon circumstantial evidence, and there being no request to charge thereon, the assignment of error upon the ground that the judge did not charge the law of circumstantial evidence is without merit. For no reason pointed out in the record did the court err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 11, 1925.

Making intoxicating liquor; from Screven superior court—Judge Strange. August 14, 1925.

*H. A. Boykin,* for plaintiff in error.

*John C. Hollingsworth, solicitor-general,* contra.

---

### 16780.　GIBBONS v. THE STATE.

LUKE, J. The evidence fully authorized the defendant's conviction. When the charge of the court is read in its entirety, there is no error in the excerpts complained of. For no reason pointed out in the record did the court err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 11, 1925.

Conviction of assault with intent to murder; from Chatham superior court—Judge Meldrim. August 21, 1925.

*Aaron Kravitch, Casper Wiseman,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.